IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| VINCENT LEWIS | ) |
| | ) |
| v. | ) NO. 3:04-0532 |
| | ) JUDGE CAMPBELL |
| CITY OF CLARKSVILLE | ) |

ORDER

Pending before the Court are Defendant's Motion for Summary Judgment (Docket No. 16) and Plaintiff's Motion for Oral Argument (Docket No. 24). For the reasons stated in the accompanying Memorandum, Defendant's Motion for Summary Judgment is DENIED, and Plaintiff's Motion for Oral Argument is DENIED as moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE